1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2
    MARK KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   DEREK R. OWENS (CSBN 230237)
    Assistant United States Attorney
5
        450 Golden Gate Avenue; Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6488
7       FAX: (415) 436-7234
        derek.owens@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. 05-00637 MAG
                                     )
15        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER WAIVING TIME
16     v.                            )
                                     )
17  JESSICA L. JOHNSON,              )   SAN FRANCISCO VENUE
                                     )
18        Defendant.                 )
    _____)
19

20        On November 1, 2006, the parties in this case appeared before the Court for a

21  Status Hearing.  At that time, the parties stipulated that the matter would be continued

22  until November 17, 2006, and that time should be excluded from the Speedy Trial Act

23  calculations from November 1, 2006 to November 17, 2006 for effective preparation of

24  defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §

25  3161(h)(8)(B)(iv).  The parties agree that –  taking into account the public interest in

26  //

27  //

28  //

Stipulation and [Proposed] Order
05-00637 MAG

1  prompt disposition of criminal cases – good cause exists for this extension.

2  **IT IS SO STIPULATED**.

3                                              Respectfully submitted,

4                                              KEVIN V. RYAN
                                               United States Attorney

5

6  DATED:  11/01/2006                           /s/ Derek R. Owens
                                               DEREK R. OWENS
7                                              Special Assistant U.S. Attorney

8

9

10  DATED:  11/01/2006                          /s/ Geoffrey Hansen
                                               GEOFFREY HANSEN
11                                             Attorney for Defendant Johnson

12

13

14      As the Court found on November 1, 2006, and for the reasons stated above, the Court

15  finds that an exclusion of time between November 1, 2006 and November 17, 2006 is

16  warranted and that the ends of justice served by the continuance outweigh the best

17  interests of the public and the defendant in a speedy trial.  The failure to grant the

18  requested continuance would deny defense counsel the reasonable time necessary for

19  effective preparation, taking into account the exercise of due diligence, and would result

20  in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21

22  **IT IS SO ORDERED.**

23

24  DATED:  November 7, 2006

25                                             EDWARD M. CHEN
                                               United States Magistrate Judge

26

27

28

Stipulation and [Proposed] Order
05-00637 MAG