1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CSBN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      FAX: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
NOV 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. 05-00637 MAG
                                     )
15         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER WAIVING TIME
16     v.                            )
                                     )
17  JESSICA L. JOHNSON,              )   SAN FRANCISCO VENUE
                                     )
18         Defendant.                )
                                     )
19  _____)

20         On November 17, 2006, the parties in this case appeared before the Court for a
21  Status Hearing. At that time, the parties stipulated that the matter would be continued
22  until November 29, 2006, and that time should be excluded from the Speedy Trial Act
23  calculations from November 17, 2006 to November 29, 2006 for effective preparation of
24  defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. §
25  3161(h)(8)(B)(iv). The parties agree that – taking into account the public interest in
26  //
27  //
28  //

Stipulation and [Proposed] Order
05-00637 MAG

1  prompt disposition of criminal cases – good cause exists for this extension.
2  **IT IS SO STIPULATED**.
3                                                      Respectfully submitted,
4                                                      KEVIN V. RYAN
                                                       United States Attorney
5
6  DATED:   11/20/06                                   /s/ Derek R. Owens
                                                       DEREK R. OWENS
7                                                      Special Assistant U.S. Attorney
8
9
10 DATED:   11/20/06                                   /s/ Geoffrey Hansen for
                                                       STEVEN G. KALAR
11                                                     Attorney for Defendant Johnson
12
13
14     As the Court found on November 17, 2006, and for the reasons stated above, the
15 Court finds that an exclusion of time between November 17, 2006 and November 29,
16 2006 is warranted and that the ends of justice served by the continuance outweigh the best
17 interests of the public and the defendant in a speedy trial.  The failure to grant the
18 requested continuance would deny defense counsel the reasonable time necessary for
19 effective preparation, taking into account the exercise of due diligence, and would result
20 in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
21
22 **IT IS SO ORDERED.**
23
24 DATED:  11/21/06
                                                       _____
25                                                     EDWARD M. CHEN
                                                       United States Magistrate Judge
26
27
28

Stipulation and [Proposed] Order
05-00637 MAG