KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6488
   FAX: (415) 436-7234
   derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-00637 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER WAIVING TIME |
| v. | |
| JESSICA L. JOHNSON, | SAN FRANCISCO VENUE |
| Defendant. | |

     On November 29, 2006, the parties in this case appeared before the Court for a status hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from November 29, 2006 to November 29, 2007, for the deferral of prosecution. See 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

     Ms. Johnson has been referred to and accepted by Pretrial Services and it is anticipated that she will be placed on pretrial diversion for twelve months. Accordingly,

Stipulation and [Proposed] Order
06-00637 MAG

1  the parties agree that the prosecution will be deferred for a twelve-month period of time
2  for Ms. Johnson to demonstrate good conduct under the conditions of a pretrial diversion
3  program.

5  **IT IS SO STIPULATED**.

6          Respectfully submitted,

7          KEVIN V. RYAN
        United States Attorney

9  DATED:  12/3/06          /s/ Derek Owens
        DEREK R. OWENS
10         Special Assistant U.S. Attorney

13 DATED:  12/4/06          /s/ Geoffrey Hansen
        GEOFFREY HANSEN
14         Attorney for Defendant Johnson

17  As the Court found on November 29, 2006, and for the reasons stated above, the Court
18  finds that an exclusion of time between November 17, 2006 and November 29, 2006 is
19  warranted and that the ends of justice served by the continuance outweigh the best
20  interests of the public and the defendant in a speedy trial.  The failure to grant the
21  requested continuance would deny defense counsel the reasonable time necessary for
22  effective preparation, taking into account the exercise of due diligence, and would result
23  in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

25  **IT IS SO ORDERED.**

27  DATED:  January 12, 2007      _____
        Judge Edward M. Chen

Stipulation and [Proposed] Order
06-00637 MAG